# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

152758(44)

COVENANT MEDICAL CENTER, INC.,
           Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
           Defendant-Appellant.
_____/

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

SC: 152758
COA: 322108
Saginaw CC: 13-020416-NF

       On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel for leave to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted within 21 days after the plaintiff-appellee files its brief or the time for filing such brief has expired. MCR 7.312(H)(3).



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016



Clerk